ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                                 NORTHERN DISTRICT OF CALIFORNIA

10

11   CHARLAMAINE LOZANO,                        CASE NO.:  3:12-CV-00183-CRB

12              Plaintiffs,                      [The Honorable Charles R. Breyer]

13        v.                                     [PROPOSED] JUDGMENT OF
                                                 DISMISSAL WITH PREJUDICE
14   WELLS FARGO BANK, N.A.;
     WASHINGTON MUTUAL BANK; WORLD
15   SAVINGS, INC.; GOLDEN WEST SAVINGS
     ASSOCIATION SERVICE CO.; NDEX
16   WEST, LLC; LSI TITLE COMPANY; LPS
     AGENCY SALES AND POSTING, INC.; and,
17   DOES, 1 through 100, inclusive,

18              Defendants.

19

20        On March 1, 2012, Plaintiff Charlamaine Lozano filed a dismissal as to the entire action

21   (Document No. 18) against defendants WELLS FARGO BANK, N.A., successor by merger with

22   Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank,

23   FSB (sued erroneously as "World Savings, Inc.") and GOLDEN WEST SAVINGS

24   ASSOCIATION SERVICE CO. ("Golden West") ("Wells Fargo").

25   / / /

26   / / /

27   / / /

28

C:\Documents and Settings\USDC\Local
Settings\Temp\notesBCBF1C\[Proposed] Judgment of Dismissal
of the Entire Action (00347820).DOCX                    1

CASE NO.:  3:12-CV-00183-CRB
[PROPOSED] JUDGMENT OF DISMISSAL

/ / /

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1.      This action is dismissed with prejudice.

2.      Plaintiff Charlamaine Lozano will take nothing from defendant Wells Fargo in this action.


Dated:  March 22, 2012

IT IS SO ORDERED

Judge Charles R. Breyer

HON. _____ EZER
UNITED _____ DISTRICT JUDGE

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

C:\Documents and Settings\USDC\Local
Settings\Temp\notesBCBF1C\[Proposed] Judgment of Dismissal
of the Entire Action (00347820).DOCX

2

CASE NO.:  3:12-CV-00183-CRB
[PROPOSED] JUDGMENT OF DISMISSAL