**BRYAN CAVE LLP**
C. Scott Greene (CBN 277445)
Sean Muntz (CBN 223549)
John C. Hedger (CBN 230814)
333 Market Street, 25th Floor
San Francisco, California 94111
Telephone:   (415) 675-3400
Facsimile:    (415) 675-3434
Email:          scott.greene@bryancave.com
                    sean.muntz@bryancave.com
                    hedgerj@bryancave.com

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A., for itself and as acquirer of certain assets and liabilities of Washington Mutual Bank (erroneously sued herein as Washington Mutual Bank)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLAMAINE LOZANO,<br><br>        Plaintiff,<br><br>        v.<br><br>WELLS FARGO BANK, N.A..;<br>WASHINGTON MUTUAL BANK; WORLD SAVINGS, INC.; GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO.' NDEX WEST, LLC; LSI TITLE COMPANY; LPS AGENCY SALES AND POSTING, INC.; and DOES, 1 through 100, inclusive,<br><br>        Defendants. | Case No. 3:12-CV-00183-CRB<br><br>[The Honorable Charles R. Breyer]<br><br>**[PROPOSED] JUDGMENT OF DISMISSAL WITH PREJUDICE**<br><br>Date Action Filed:  December 2, 2011<br>Date Action Removed: January 11, 2012 |

On March 1, 2012, Plaintiff Charlamaine Lozano filed a dismissal as to the entire action (Document No. 18), including defendant JPMORGAN CHASE BANK, N.A., as acquirer of certain assets and liabilities of Washington Mutual Bank, which was erroneously named as defendant WASHINGTON MUTUAL BANK.

On September 25, 2008, the Office of Thrift Supervision closed Washington Mutual and appointed the FDIC as receiver. On the same date, Chase entered into a Purchase and Assumption Agreement ("P&A Agreement") with the FDIC acting in its corporate capacity and as receiver for Washington Mutual. The P&A Agreement is a matter of public record, as the FDIC is a

governmental entity.[1]

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. This action is dismissed with prejudice as against defendant JPMORGAN CHASE BANK, N.A.; and

2. Plaintiff Charlamaine Lozano will take nothing from defendant JPMORGAN CHASE BANK, N.A. in this action.

Dated: April 11, 2012

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

---

[1] The Court may take judicial notice of the P&A Agreement between the FDIC and Chase, which is published on the FDIC's official website at http://www.fdic.gov/about/freedom/Washington_Mutual_P_and_A.pdf. Fed. R. Evid. 201; *Allen v. United Fin. Mortgage Corp.*, 660 F.Supp.2d 1089, 1093-94 (N.D.Cal. 2009 (taking judicial notice of the P & A Agreement); *Javaheri v. JPMorgan Chase Bank, N.A.*, 2011 WL 97684 at *2 (C.D. Cal. Jan. 11, 2011) (same); *Johnson v. Washington Mutual*, 2010 WL 682456 at *4 (E.D. Cal. Feb. 24, 2010) (same).

BRYAN CAVE LLP
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105